

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-16-00264-CR

Jose Roberto **VELIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13285CR
Honorable Enrique Fernandez, Judge Presiding

# **O R D E R**

    Appellant's "motion for rehearing from the order" signed on "October 25, 2018, dismissing the appellant's motion to reinstate appeal" is DENIED.

    It is so **ORDERED** on November 29, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

